**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**J.W. MOORE; James Moore, a.k.a.
"Buster"; Francis Williams,
Defendants–Appellants.**

**United States of America,
Plaintiff–Appellee,**

v.

**Arlutha W. Smiley, Defendant–
Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Rosa Mae Smiley Williams,
Defendant–Appellant.**

**Nos. 94–7047, 94–7051 and 94–7055.**

United States Court of Appeals,
Eleventh Circuit.

July 8, 1999.

Habih Yazdtchi, Daphne, AL, for J.W. Moore.

Lucie U. McLemore, Montgomery, AL, for James Moore.

Dennis R. Pierson, Montgomery, AL, for Francis Williams.

Redding Pitt, U.S. Atty., Louis V. Franklin, Terry Moorer, Asst. U.S. Attys., Montgomery, AL, for Plaintiff–Appellee.

Steven A. Higgins, Montgomery, AL, for Smiley.

---

Stephen R. Glassroth, Glassrogh & Associates, Montgomery, AL, for Williams.

Before EDMONDSON and BIRCH, Circuit Judges, and MORAN * Senior District Judge.

PER CURIAM:

The petition(s) for rehearing filed by appellants FRANCIS WILLIAMS, AR-LUTHA W. SMILEY, and ROSA MAE WILLIAMS are DENIED.

Footnote 2 in the original opinion, however, is stricken altogether and this language is put in its place as the new footnote 2:

> The evidence is detailed in Section III, addressing appellants' claims about multiple conspiracies, and in Section VI, where appellants' sentencing claims are addressed.